Note: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3149

GARY W. UPSHAW,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Morris E. Fischer, of Bethesda, Maryland, argued for petitioner.

Anthony W. Moses, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Gregory G. Katsas, Assistant Attorney General, Jeanne E. Davidson, Director, and Kirk T. Manhardt, Assistant Director. Of counsel was David M. Hibey, Trial Attorney.

Appealed from: Arbitrator's Decision

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3149

GARY W. UPSHAW,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

# Judgment

ON APPEAL from the        Arbitrator's decision

in CASE NO(S).        FMCS 070509-02934-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, RADER, and LINN, <u>Circuit Judges</u>).

AFFIRMED.  <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED <u>December 5, 2008</u>        <u>/s/ Jan Horbaly</u>
                                            Jan Horbaly, Clerk